BRENDON WOODS (CA SBN #189910)
Public Defender

RAHA JORJANI (CA SBN #240941)
Managing Immigration Attorney
LYDIA SINKUS (CA SBN #321559)
Immigration Attorney
KELSEY MORALES (CA SBN #312362), *Designation of Counsel for Service*
Immigration Attorney
Office of the Alameda County Public Defender
312 Clay Street, 2nd Floor
Oakland, CA 94607
Telephone: 510 268-7429
Facsimile: 510 268-7462
Email: kelsey.morales@acgov.org

*Pro Bono Attorneys for Petitioner*

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CUEVAS GUZMAN,<br><br>            Petitioner,<br><br>      v.<br><br>TONYA ANDREWS, in official capacity, Facility Administrator of Golden State Annex; ORESTES CRUZ, in official capacity, Field Office Director of ICE's San Francsico Field Office; TODD M. LYONS, in official capacity, Acting Director of ICE, KRISTI NOEM, in official capacity, Secretary of the U.S. Department of Homeland Security; PAM BONDI, in official capacity, Attorney General of the United States,<br><br>            Respondents. | Case No. 1:25-cv-01015-KES-SKO<br><br>**ORDER GRANTING PETITIONER'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL EVIDENCE**<br><br>Immigration Habeas Case<br><br>Date: September 5, 2025<br>Time: 11:00AM<br>Court: Hon. Kirk E. Sherriff |

ORDER GRANTING PETITIONER'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE
SUPPLEMENTAL EVIDENCE
CASE NO. 1:25-cv-01015-KES-SKO

**ORDER GRANTING PETITIONER'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL EVIDENCE**

Good cause having shown, this Court GRANTS leave to Petitioner to file the Supplemental Declaration of Lydia Sinkus and the decision of the Board of Immigration Appeals in *Matter of Yajure Hurtado*, 29 I&N Dec. 216 (BIA 2025).

IT IS SO ORDERED.

Dated:   September 9, 2025            _____
                                     UNITED STATES DISTRICT JUDGE